**Dated: March 24, 2016**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:

Christopher J. Lewis                                         CASE NO.: 15-11230
                                                            CHAPTER 13
DEBTOR.

ORDER ON MOTION APPROVING SALE OF PROPERTY

The Debtor having filed a Motion To Approve Sale of Property and requested the hearing

be Expedited and with no objection or response having been filed with the Court the said Motion

is granted this the 10th day of March, 2016, the Debtor is allowed  to sale the real property

located at 76 Jodie Ray Road, Bath Springs, TN 38311 to satisfy the debt owed to First Bank.

The Selling Price is  $40,409.71 with a per diem of $8.30 per day and no realtor was hired.

IT IS THEREFORE ORDERED that the Debtor is allowed to sale his ½ interest in the

real property located at 76 Jodie Ray Road, Bath Springs, TN 38311 to satisfy the debt owed to

First Bank.  The Debtor shall provide the Chapter 13 Trustee with a closing statement at  least

48 hours prior to  the date of the closing; should the Trustee determine that an objection to the

closing and its terms is in order, the closing will not occur until the objection is resolved.  Any

funds from the sale of the property  in excess of the payoff to First Bank  shall be paid directly to

the Chapter 13 Trustee to be used to bring the plan current, if necessary, and any remaining

proceeds will be disbursed to unsecured creditors.   The Trustee shall adjust his plan

payments accordingly.

APPROVED BY:

/s/ Richard Walker
RICHARD WALKER, #014166
ATTORNEY FOR DEBTOR
PO BOX 530
LEXINGTON, TN 38351
(731) 968-3356

/s/ Timothy H. Ivy
TIMOTHY H. IVY
CHAPTER 13 TRUSTEE
PO BOX 1313
JACKSON, TN 38302
(731) 664-1313

CERTIFICATE OF SERVICE

I, Richard  Walker, on this the 16th of March, 2016 do hereby certify that I have e-filed
the foregoing Order to the Chapter 13 Trustee and the following interested parties will be
serviced by the  United States Bankruptcy Court:

Debtor(s)
Debtor(s) Attorney
Case Trustee
First Bank, P.O. Box 388, Lexington, TN 38351
First Bank, 20 Hwy 114 South, Scotts Hill, TN 38374
All Entities on Matrix

/s/Richard Walker
RICHARD WALKER #014166